# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––––

Case No. 6D2025-1346
Lower Tribunal No. 2024-CA-000418

––––––––––––––––––––––––––––––

SAFARI COLLECTION, LTD.,

Appellant,

v.

ALISON SHERMAN, SANFORD RUBIN, and INTREPID EXPEDITIONS, LLC,

Appellees.

––––––––––––––––––––––––––––––

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
James F. Stewart, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Emma Han, Armando P. Rubio, and John P. Golden, of Fields Howell LLP, Miami, for Appellant.

Paul Jon Layne, of Silva & Silva, P.A., Coral Gables, for Appellees, Alison Sherman and Sanford Rubin.

Devang Desai, of Freeman Mathis & Gary, LLP, Miami, for Appellee, Intrepid Expeditions, LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED